**Electronically Filed
Supreme Court
SCWC-20-0000448
07-SEP-2022
09:17 AM
Dkt. 3 ODAC**

SCWC-20-0000448

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL VENTRELLA,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000448; CASE NO. 3CPN-19-0000003)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Petitioner-Appellant's Application for Writ

of Certiorari, filed on August 5, 2022, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 7, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

